**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JONATHAN ZUHOVITZKY,

                Plaintiff,

      v.

THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE TREASURY; THE UNITED STATES INTERNAL REVENUE SERVICE; FHIRDOSA KHATIB (in her Capacity both as a Federal Employee and Individually); and JENNIFER SAWYER (in her capacity both as a Federal Employee and Individually),

                Defendants.

No. 20 Civ. 4937 (JGK)

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and for Summary Judgment, Defendants' Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Nancy M. Beasley, the Declaration of Firdosa Khatib, the Declaration of Jennifer R. Sawyer, and accompanying exhibits, Defendants the United States of America, United States Department of the Treasury, United States Internal Revenue Service, Firdosa Khatib, and Jennifer Sawyer, by their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment in part to Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure and dismissing the Complaint in part pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: December 18, 2020
       New York, New York

                                        Respectfully Submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney
                                        Southern District of New York

                           By:   /s/ *Lucas Issacharoff*
                                        LUCAS ESTLUND ISSACHAROFF
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Tel.: (212) 637-2737
                                        Fax: (212) 637-2702
                                        E-mail: lucas.issacharoff@usdoj.gov